

# Fourth Court of Appeals
## San Antonio, Texas

September 21, 2016

No. 04-15-00693-CV

Teresita **CUTLER**,
Appellant

v.

Ernest Eugene **CUTLER**, Jr.,
Appellee

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-CI-00007
Honorable Michael E. Mery, Judge Presiding

# O R D E R

Sitting:     Sandee Bryan Marion, Chief Justice
            Patricia O. Alvarez, Justice
            Luz Elena D. Chapa, Justice

The panel has considered the appellee's motion for rehearing, and the motion is DENIED.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 21st day of September, 2016.

_____
Keith E. Hottle
Clerk of Court